# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**CASE NO.:  15-32371-BKC-MAM**
PROCEEDING UNDER CHAPTER 13

IN RE:

TREVOR FYFE, JR.
XXX-XX-6948

DEBTOR_____/

## NOTICE OF DELINQUENCY

   **PLEASE TAKE NOTICE** the above-referenced Debtor is **delinquent in Confirmed Chapter 13 Plan Payments in the amount of $6350.64.**

   The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**.

   If the Chapter 13 Trustee ("Trustee") does not receive all payments by **November 13, 2021** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

   As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed with prejudice to the filing of any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 29th day of September 2021.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF DELINQUENCY
CASE NO.:  15-32371-BKC-MAM

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
TREVOR FYFE, JR.
6615 DUVAL AVE.
WEST PALM BEACH, FL  33411

**ATTORNEY FOR DEBTOR**
MICHAEL S. HOFFMAN, ESQUIRE
909 NORTH MIAMI BEACH BLVD
SUITE 201
MIAMI, FL  33162