**Fill in this information to identify the case:**

Debtor 1: Trevor Fyfe, Jr.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Florida

Case number: 15-32371-MAM

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust

**Court claim no.** (if known): 3-2

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 7 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2022

**New total payment:** $ 2,011.68
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 1,076.58      New escrow payment: $ 1,093.82

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | Trevor Fyfe, Jr. | Case number (if known) 15-32371-MAM |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Matthew Klein          Date 05/03/2022
Signature

Print: Matthew Klein          Title Attorney
       First Name   Middle Name   Last Name

Company: HOWARD LAW GROUP

Address: 4755 Technology Way, Suite 140
         Number         Street

Boca Raton          FL     33431
City                State  ZIP Code

Contact phone 954-893-7874          Email matthew@howardlaw.com

---

I HEREBY CERTIFY that on May 3, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Michael S Hoffman, Esq., 909 North Miami Beach Blvd #201, Miami, FL 33162
Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

And a copy was mailed via US Mail to:
Trevor Fyfe, Jr., 6615 Duval Ave., West Palm Beach, FL 33411



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

TREVOR FYFE
1307 SUMMIT RUN CIR
WEST PALM BEACH FL  33415

Analysis Date: April 19, 2022                                                                                                               Final
Property Address: 6615 DUVAL AVENUE  WEST PALM BEACH, FL 33411                                      Loan: 6978

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from June 2021 to May 2022.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 917.86 | 917.86 |
| Escrow Payment: | 1,076.58 | 1,093.82 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,994.44 | $2,011.68 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Feb 01, 2022 |
| Escrow Balance: | 506.13 |
| Anticipated Pmts to Escrow: | 4,306.32 |
| Anticipated Pmts from Escrow (-): | 1,266.50 |
| Anticipated Escrow Balance: | $3,545.95 |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 3,493.74 | (140.94) |
| Jun 2021 | 1,076.58 | | 639.87 | 638.87 * | Forced Place Insur | 3,930.45 | (779.81) |
| Jul 2021 | 1,076.58 | 2,237.80 | 639.87 | 638.87 * | Forced Place Insur | 4,367.16 | 819.12 |
| Aug 2021 | 1,076.58 | 1,118.90 | 639.87 | 637.86 * | Forced Place Insur | 4,803.87 | 1,300.16 |
| Sep 2021 | 1,076.58 | | 639.87 | 637.36 * | Forced Place Insur | 5,240.58 | 662.80 |
| Oct 2021 | 1,076.58 | 1,118.90 | 639.87 | 637.36 * | Forced Place Insur | 5,677.29 | 1,144.34 |
| Nov 2021 | 1,076.58 | | 5,240.57 | 5,443.62 * | County Tax | 1,513.30 | (4,299.28) |
| Nov 2021 | | 1,076.58 | 639.87 | 636.85 * | Forced Place Insur | 873.43 | (3,859.55) |
| Dec 2021 | 1,076.58 | 5,382.90 | 639.87 | 636.34 * | Forced Place Insur | 1,310.14 | 887.01 |
| Jan 2022 | 1,076.58 | | 639.87 | 633.77 * | Forced Place Insur | 1,746.85 | 253.24 |
| Feb 2022 | 1,076.58 | 1,076.58 | 639.87 | 633.77 * | Forced Place Insur | 2,183.56 | 696.05 |
| Mar 2022 | 1,076.58 | | 639.87 | 633.25 * | Forced Place Insur | 2,620.27 | 62.80 |
| Apr 2022 | 1,076.58 | 1,076.58 | 639.87 | 633.25 * | Forced Place Insur | 3,056.98 | 506.13 |
| May 2022 | 1,076.58 | | 639.87 | * | Forced Place Insur | 3,493.69 | 506.13 |
| | | | | | Anticipated Transactions | 3,493.69 | 506.13 |
| Apr 2022 | | 3,229.74 | | 633.25 | Forced Place Insur | | 3,102.62 |
| May 2022 | | 1,076.58 | | 633.25 | Forced Place Insur | | 3,545.95 |
| | $12,918.96 | $17,394.56 | $12,919.01 | $13,707.67 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 12,919.01.  Under Federal law, your lowest monthly balance should not have exceeded 2,153.17 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: April 19, 2022        Final
Borrower: TREVOR FYFE        Loan: ▮▮▮▮6978

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 3,545.95 | 3,629.05 |
| Jun 2022 | 1,086.89 | 633.25 | Forced Place Insur | 3,999.59 | 4,082.69 |
| Jul 2022 | 1,086.89 | 633.25 | Forced Place Insur | 4,453.23 | 4,536.33 |
| Aug 2022 | 1,086.89 | 633.25 | Forced Place Insur | 4,906.87 | 4,989.97 |
| Sep 2022 | 1,086.89 | 633.25 | Forced Place Insur | 5,360.51 | 5,443.61 |
| Oct 2022 | 1,086.89 | 633.25 | Forced Place Insur | 5,814.15 | 5,897.25 |
| Nov 2022 | 1,086.89 | 5,443.62 | County Tax | 1,457.42 | 1,540.52 |
| Nov 2022 | | 633.25 | Forced Place Insur | 824.17 | 907.27 |
| Dec 2022 | 1,086.89 | 633.25 | Forced Place Insur | 1,277.81 | 1,360.91 |
| Jan 2023 | 1,086.89 | 633.25 | Forced Place Insur | 1,731.45 | 1,814.55 |
| Feb 2023 | 1,086.89 | 633.25 | Forced Place Insur | 2,185.09 | 2,268.19 |
| Mar 2023 | 1,086.89 | 633.25 | Forced Place Insur | 2,638.73 | 2,721.83 |
| Apr 2023 | 1,086.89 | 633.25 | Forced Place Insur | 3,092.37 | 3,175.47 |
| May 2023 | 1,086.89 | 633.25 | Forced Place Insur | 3,546.01 | 3,629.11 |
| | $13,042.68 | $13,042.62 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 907.27. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 2,173.77 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,545.95. Your starting balance (escrow balance required) according to this analysis should be $3,629.05. This means you have a shortage of 83.10. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 13,042.62. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 1,086.89 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 6.93 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $1,093.82 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $2,004.75 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**